**Order filed December 27, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00998-CV

_____

### IN THE INTEREST OF J.S., a Child

_____

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2012-05477**

_____

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue  Appellant's brief was due **December 23, 2013.**  No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM